

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/07/2011

| | | |
|---|---|---|
| IN RE: § | | |
| TRI-COR SERVICES, LLC § | CASE NO: 10-34187 | |
| Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| RONALD J SOMMERS CH 7 TRUSTEE § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 11-03222 | |
| § | | |
| ETI ENVIRONMENTAL SERVICES, INC., et § | | |
| al § | | |
| Defendant(s) § | | |

## ORDER OF CONFERENCE

This case was filed on 05/18/11.

1. This Order shall be served by the plaintiff with the summons.

2. The parties are directed to conduct a discovery conference pursuant to 28 U.S.C.A. Rule 26(f) prior to the initial scheduling hearing. The discovery report required by Fed. R. Civ. P. 26(f) is to be filed with the Court by the scheduling hearing.

3. A scheduling hearing shall be held on **July 21, 2011** at **09:30 a.m.**, 515 Rusk Avenue, in Courtroom 403, on the 4th floor, Houston, Texas, to determine default, dismissal, or possible settlement in addition to scheduling matters pursuant to Federal Rules of Bankruptcy Procedure 7016(b).

4. Motions for default must include a copy of this Order and should be served by certified mail return receipt requested pursuant to Rule 6 of the Local Rules of the Southern District of Texas. The certificate of service must so reflect.

SIGNED 06/07/2011.

Karen K. Brown
United States Bankruptcy Judge