

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/21/2011

| | |
|---|---|
| IN RE: § | |
| TRI-COR SERVICES, LLC § | |
| § | CASE NO. 10-34187-H5-7 |
| § | |
| DEBTOR(S) § | |
| RONALD J SOMMERS CH 7 TRUSTEE § | |
| § | |
| PLAINTIFF(S) § | ADVERSARY NO. 11-3222 |
| § | |
| VS. § | |
| ETI ENVIRONMENTAL SERVICES INC. § | |
| DEFENDANT(S) § | |
| § | |

## SCHEDULING ORDER

1. The deadline for joinder of parties and amendment of pleadings is __N/A__.

2. All discovery shall be completed by __11-15-11__

3. All dispositive motions shall be filed by __11-20-11__.

4. Plaintiff's deadline for designation of experts is __8-30-11__.

5. Defendant's deadline for designation of experts is __9-10-11__

6. A Joint Pretrial Statement, see Bankruptcy Local Rules Exhibit I, shall be filed by __12-8__. All counsel or unrepresented party shall be responsible for the filing of the jointly prepared document.

7. A Pretrial Conference shall be held on __12-15__, at __9:50__ a.m./p.m., in Courtroom No. 403, 515 Rusk St., Houston, Texas, before The Honorable Karen K. Brown. Counsel who have major responsibility for the case must attend the pretrial.

8. Any changes in this schedule will only be made by further order of the Court, either orally at a hearing or in writing. Motions to extend these deadlines will be granted only for good cause

beyond the control of the lawyers or parties in very limited circumstances.

9. Discovery disputes which persist after a good faith effort at resolution by counsel may be dealt with by telephonic conference at the time the dispute arises if the Court has available time. The parties are to contact Ruben Castro at (713) 250-5445 to obtain such a conference.

**COUNSEL ARE DISCOURAGED FROM FILING MOTIONS TO COMPEL, MOTIONS FOR PROTECTIVE ORDERS AND SIMILAR MOTIONS. IN THE EVENT SUCH A MOTION IS MADE, ORALLY OR IN WRITING, SANCTIONS MAY, IN ALL LIKELIHOOD, BE IMPOSED AS PROVIDED IN BANKRUPTCY RULES 9011, 7037, OR 28 U.S.C. § 1927.**

10. Failure to comply with any of the requirements of this Order, including failure to appear at the pretrial hearing, may result in sanctions being imposed on counsel, the parties, or both, which may include dismissal or entry of judgment for the opposing party.

11. The Clerk's office is **ORDERED** to serve this Order on all counsel of record and any unrepresented party.

DATE:

JUL 2 1 2011

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE